No. 210.  REED *v.* FEDERAL TRADE COMMISSION.
C. A. 7th Cir.  Certiorari denied.  *David A. Canel* for
petitioner.  *Solicitor General Rankin* for respondent.

No. 214.  SCHWING MOTOR Co., INC., *v.* HUDSON SALES
CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.  *Wilson
K. Barnes* for petitioner.  *William L. Marbury* for the
Hudson Sales Corp. et al., and *John S. Stanley* and *Roger
A. Clapp* for Bankert Hudson, Inc., et al., respondents.

No. 215.  COLGATE-PALMOLIVE Co. *v.* CARTER PROD-
UCTS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.
*Mathias F. Correa* for petitioner.  *George B. Finnegan,
Jr., William D. Denson* and *Morris Kirschstein* for re-
spondents.

No. 216.  NUODEX PRODUCTS Co., INC., *v.* W. H.
ELLIOTT & SONS Co., INC., ET AL.  C. A. 1st Cir.  Cer-
tiorari denied.  *George B. Rowell* and *Gordon M. Tiffany*
for petitioner.  *Stanley M. Brown* for W. H. Elliott &
Sons Co., Inc., and *Robert W. Upton* for E. & F. King &
Co., Inc., respondents.

No. 217.  ZACK ET UX. *v.* COMMISSIONER OF INTERNAL
REVENUE.  C. A. 6th Cir.  Certiorari denied.  *Charles
L. Levin* for petitioners.  *Solicitor General Rankin, As-
sistant Attorney General Rice, John N. Stull* and *Harry
Baum* for respondent.

No. 223.  CANADIAN PACIFIC STEAMSHIPS, LTD., ET AL.
*v.* McAFOOS ET AL.  C. A. 2d Cir.  Certiorari denied.
*Livingston Platt* for petitioners.  *Gustave G. Rosenberg*
and *Benjamin Adler* for respondents.